Leslie Keith Kaufman (SBN 109335)
Leah M. Kaufman (SBN 308556)
Law Offices of Kaufman and Kaufman
1001 North Ross Street
Santa Ana, CA 92701
Telephone: (714) 550-9305

Attorneys for Debtor

Robert W. Norman, Jr. (SBN 232470)
Darlene M. Morris (SBN 340727)
HOUSER LLP
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
E-Mail: rnorman@houser-law.com

Attorneys for Claimant No. 5

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>CRYSTAL MONIQUE WILLIAMS,<br><br>Debtor. | Case No.: 22-40756<br><br>Chapter 13<br><br>Hon. William J. Lafferty<br><br>**JOINT PRE-HEARING STATEMENT RE OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>**Hearing Information**<br>**Date:** October 9, 2025<br>**Time:** 1:30 p.m.<br>**Ctrm:** Courtroom 220/via Zoom/Teleconference<br>1300 Clay Street<br>Oakland, CA 94612 |

JOINT PRE-HEARING STATEMENT

# JOINT PRE-HEARING STATEMENT

1. On September 17, 2025, Debtor's counsel corresponded with counsel for Claimant No. 5, MEB Loan Trust IV, U.S. Bank Trust National Association, not in its individual capacity but solely as trustee, as serviced by Newrez LLC (fka Specialized Loan Servicing LLC) ("MEB Loan Trust IV") regarding a final anticipated change in the proposed Fifth Amended Plan; and to ascertain MEB Loan Trust IV's position on its Class 2 distribution.

2. On September 29, 2025, Counsel for Claimant, MEB Loan Trust IV, indicated to Debtor's counsel that MEB Loan Trust IV intended to file an Objection due to the proposed 0% interest rate, based upon the belief that MEB Loan Trust IV is entitled to the contract rate. That Objection was filed on October 2, 2025 [Docs. 107 and 108].

3. It is Debtor's position that there is no applicable interest rate, as Debtor did not execute a promissory note and was not a party to the underlying Agreement or its terms, and therefore Debtor disputes the assertion in the Objection [Doc. 107] that Debtor is attempting to "eliminate a material term of the loan" as she has not assumed any loan. Debtor is willing to work with MEB Loan Trust IV with regard to this final issue, but the parties defer to the Court.

4. It is Claimant's position that Debtor is a party to the Deed of Trust securing the subject loan against the subject property. The parties litigated an adversary proceeding concerning the enforceability of the Deed of Trust, and the Court ruled in favor of Creditor on its Motion for Summary Judgment[1]. The subject Deed of Trust specifically states:

"This Deed of Trust secures:

- All obligations of the borrowers in the Equity Maximizer Agreement and Disclosure, dated 06/07/04 and naming Clarence H. Williams as borrowers, for a revolving line of credit account (the "Agreement") as well as any modifications and renewals of the Agreement. The Agreement … provides for a variable interest rate.

---

[1] The Court issued an oral ruling on August 14, 2025, and the written ruling is still pending with the Court.

Accordingly, Claimant asserts that Debtor is subject to all terms of the Deed of Trust, which incorporates the underling promissory loan.

Respectfully submitted,

Dated: October 7, 2025          **LAW OFFICES OF KAUFMAN & KAUFMAN**

_____
Leslie Keith Kaufman
Leah Michele Kaufman
Attorneys for Debtor,
Crystal Monique Williams

Dated: October 7, 2025          **HOUSER LLP**

_____
Robert W. Norman, Jr.
Darlene M. Morris
Attorneys for Claimant,
MEB Loan Trust IV, U.S. Bank Trust National Association, not in its individual capacity but solely as trustee, as serviced by Newrez LLC (fka Specialized Loan Servicing LLC)

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, Irvine, CA 92618.

On October 7, 2025, I served the following document(s) described as follows:

**JOINT PRE-HEARING STATEMENT RE OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

On the following interested parties in this action:

| | |
|---|---|
| Leslie Keith Kaufman<br>Kaufman & Kaufman<br>1001 North Ross Street<br>Santa Ana, CA 92701-3315<br>kaufman_kaufman.bankruptcy@yahoo.com<br>*Attorney for Plaintiff*<br>BY CM/ECF | Martha G. Bronitsky<br>P.O. Box 5004<br>Hayward, CA 94540<br>13trustee@oak13.com<br>*Trustee*<br>BY CM/ECF |

Crystal Monique Williams
4442 Fleming Avenue
Oakland, CA 94619
*Debtor*
BY FIRST-CLASS MAIL

☒ E-FILING—By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel/parties who are registered with the CM/ECF system.

☒ FIRST CLASS MAIL—By placing the envelope for collection and mailing following our ordinary business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the United States Postal Service in the ordinary course of business, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct. Executed on October 7, 2025 at Riverside, California.

*/s/ Courtney Hershey*
Courtney Hershey